UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VENITA J., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>COMMISSIONER OF SOCIAL SECURITY, <br><br>　　　　　　Defendant. | NO: 4:20-CV-5131-TOR <br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

BEFORE THE COURT is the parties' Stipulated Motion for Remand. ECF No. 17. The parties have agreed that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. The Parties' Stipulated Motion for Remand, ECF No. 17, is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to obtain a physical consultative examination and/or medical expert testimony; reassess Plaintiff's symptom testimony; reevaluate the medical opinions of record, consistent with 20 C.F.R. §§ 404.1527 and 416.927; clarify Plaintiff's ability to reach overhead; reassess Plaintiff's residual functional capacity, including her manipulative limitations, consistent with 20 C.F.R. §§ 404.1545 and 416.945, Social Security Ruling (SSR) 85-15, and SSR 96-8p; obtain updated vocational expert testimony; and reevaluate whether Plaintiff is capable of performing past relevant work and whether she has transferrable skills.

3. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

4. All pending motions, hearings and the remaining briefing schedule are **vacated** as moot.

The District Court Executive is hereby directed to file this Order, provide copies to counsel, enter **JUDGMENT** for Plaintiff, and **CLOSE** the file.

DATED August 25, 2021.



THOMAS O. RICE
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 2